S. P. SKINNER & CO., INC., J. E. BERNARD & CO., INC. *v.* UNITED STATES

**No. 7248.**—Invoices dated Stoke on Trent, England, May 1944, etc.
Certified May 1944, etc.
Entered at New York, N. Y., July 3, 1944, etc.
Entry Nos. 700106; 707973.

(Decided May 23, 1947)

*Lane, Young & Fox* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

C. H. POWELL CO., INC. *v.* UNITED STATES

**No. 7249.**—Invoice dated Blackburn, England, July 17, 1946.
Certified July 18, 1946.
Entered at New York, N. Y., August 6, 1946.
Entry No. 709723, etc.

(Decided May 23, 1947)

*Tompkins & Tompkins* (*J. Stuart Tompkins* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.